UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

MICHAEL CHARLES GRIGGS,

                    Defendant.

NO. CR-88-0410-EFS

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION**

Before the Court, without oral argument, is *pro se* Defendant Michael Charles Griggs' Motion for Reconsideration. (Ct. Rec. 62.) After reviewing the submitted material, the Court is fully informed and denies Defendant's motion. The reasons for the Court's Order are set forth below.

### I. Background

On September 27, 2007, Defendant filed a Motion to Correct the Abrogation of Restitution. (Ct. Rec. 56.) In an Order on October 15, 2007, the Court denied Defendant's motion. (Ct. Rec. 60.)

### II. Discussion

Defendant, citing "additional evidence [that] has just become available," again asks the Court to correct a clerical error in Judge Alan A. McDonald's Order Revoking Supervised Release. (Ct. Rec. 62.)

ORDER ~ 1

Federal Rule of Criminal Procedure 36 states:

> After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.

FED. R. CRIM. P. 36 (2007).

Here, the "additional evidence" that Defendant refers to is the Judgment Including Sentence Under the Sentencing Reform Act. (Ct. Rec. 16.) While this evidence may have just become available to Defendant, the Court considered this Judgment in its Order Denying Defendant's Motion to Correct the Abrogation of Restitution. (Ct. Rec. 60 at 2.) Accordingly, there is no new evidence suggesting a clerical error in Judge McDonald's Order Revoking Supervised Release. (Ct. Rec. 55.)

### III. CONCLUSION

Therefore, **IT IS HEREBY ORDERED:** Defendant's Motion for Reconsideration **(Ct. Rec. 62)** is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to all parties and the U.S. Probation Office.

**DATED** this __27th__ day of February, 2008.


                        s/Edward F. Shea
                        EDWARD F. SHEA
                United States District Judge

Q:\Criminal\1988\410.DenyReconsider.wpd

ORDER ~ 2